**HONORABLE RICARDO S. MARTINEZ**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOTEL ROSLYN, LLC f/k/a ELLEN & NILS, LLC and SKOBO, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant. | CASE NO. 2:22-cv-01344-RSM<br><br>**JOINT STIPULATED MOTION AND ORDER TO EXTEND TRIAL DATE AND RELATED** |

## STIPULATED MOTION

The Parties hereby stipulate and request by motion pursuant to LCR 10(g) that the Trial Date, as set forth in this Court's Order Setting Trial Date and Related Dates (Dkt. 11), be extended by approximately 90 days for the stated reasons and good cause shown:

| Current Trial Date | New Trial Date |
|---|---|
| November 6, 2023 | February 5, 2024 |

The Parties also stipulate and request that the following dates be adjusted accordingly:

JOINT STIPULATED MOTION AND ORDER TO EXTEND TRIAL
DATE AND RELATED DEADLINES - 1
CASE NO. 2:22-CV-01344-RSM

LEGAL\64076384\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

| Description | Current Date | New Date |
|---|---|---|
| Deadline for filing motions related to discovery | June 9, 2023 | August 25, 2023 |
| Discovery completed by | July 10, 2023 | September 25, 2023 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter pursuant to LCR7(d)(3) | August 8, 2023 | October 16, 2023 |
| Mediation Deadline | September 22, 2023 | December 1, 2023 |
| All motions *in limine* must be filed by and noted on the motion calendar three Fridays thereafter pursuant to LCR7(d)(4) | October 10, 2013 | December 19, 2023 |
| Agreed Pretrial Order due | October 25, 2023 | January 16, 2024 |
| Pretrial Conference | | To be set by the Court |
| Trial briefs, proposed jury instructions, proposed voir dire, agreed neutral statement of the case, deposition designations, and trial exhibits due | November 1, 2023 | January 24, 2024 |

## DISCUSSION

The November 10, 2022 Order Setting Trial Date and Related Dates (Dkt. 11) stated that "only upon good cause shown," and not based on agreement of counsel or the parties, would the Court issue any order to change the trial date or any related dates. The Order further contains a section entitled "COOPERATION," stating that as required by LCR 37(a), all discovery matters are to be resolved by agreement, if possible.

There is good cause for this Court to grant the Parties' stipulated motion for an approximately 90-day continuance of the trial date and all remaining related dates. The Parties noted in their Joint Status Report and Discovery Plan (Dkt. 10), which was filed before the Court's Order Setting Trial Dates, that they intended to pursue resolution of their claim before engaging in litigation. The Parties indeed pursued those efforts, though securing a suitable date with a mediator proved more challenging than expected, which resulted in a mediation occurring later than expected. That mediation effort ultimately proved unsuccessful. However, those early

JOINT STIPULATED MOTION AND ORDER TO EXTEND TRIAL DATE AND RELATED DEADLINES - 2
CASE NO. 2:22-CV-01344-RSM

LEGAL\64076384\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

resolution efforts delayed the commencement of discovery and other litigation tasks, which would not have been cost-justified if a resolution had been reached at mediation.

After those efforts broke off, AmGuard filed an Answer and Affirmative Defenses on March 1, 2023 (Dkt. 16).  Since the time of the Answer, the Parties have engaged in document discovery, which has included working cooperatively, per the Court's Order, to resolve various disputes that have arisen.  The Parties have also worked with and disclosed various experts, per the Court's original Scheduling Order.

The Parties are now working to schedule various depositions in advance of the current July 10, 2023 deadline.  On June 2, 2023, counsel for the Parties conferred regarding deposition scheduling and it became apparent to the undersigned counsel that there was good cause for an extension of both the Deadline to Complete Discovery and the Trial Date.  Although approximately five weeks remain in the discovery period, there are both known and anticipated issues with unavailability of counsel and witnesses during June and July.  The Parties anticipate needing approximately seven depositions each (*i.e*., fourteen total, give or take).  Counsel for Defendant has conflicts the week of June 19-23.  Plaintiffs' counsel has conflicts during the period of June 23-July 7.  Several of these depositions have been requested in-person and may require travel out of state.  The Parties are actively working to secure dates in July and August for these depositions.

Other discovery-related issues also provide good cause for a brief extension of the deadlines. For example, the Parties are currently working through various discovery disputes surrounding privilege logs and production of documents subject to a protective order. The Parties have been working in good faith to resolve these issues.

These and other related factors provided good cause for the Parties to jointly request an extension of time to complete their fact/expert witness depositions and remaining discovery.  This Motion is not brought for the purpose of delay.  This is the first extension request the Parties have made.

JOINT STIPULATED MOTION AND ORDER TO EXTEND TRIAL
DATE AND RELATED DEADLINES - 3
CASE NO. 2:22-CV-01344-RSM

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\64076384\1

Accordingly, the Parties are jointly presenting this Stipulated Motion for the Court's consideration based upon good cause shown.

DATED this 7th day of June, 2023

COZEN O'CONNOR

By: */s/ Kevin A. Michael*
Kevin A. Michael, WSBA No. 36976
John B. McDonald, WSBA No. 57511
999 Third Avenue, Suite 1900
Seattle, WA 98104
P: (206) 340-1000
kmichael@cozen.com
jbmcdonald@cozen.com

Attorney for Defendant AmGuard Insurance Company

MILLER NASH, LLP

By: */s/ James T. Yand*
James T. Yand, WSBA No. 18730
Seth H. Row, WSBA No.32905
Miller Nash LLP
605 5th Ave., Suite 900
Seattle, WA 98104
Telephone: (206) 624-8300
Email: james.yand@millernash.com
Email: seth.row@millernash.com

Attorney for Plaintiffs

**ORDER**

IT IS SO ORDERED.

DATED this 9th day of June, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

JOINT STIPULATED MOTION AND ORDER TO EXTEND TRIAL DATE AND RELATED DEADLINES - 4
CASE NO. 2:22-CV-01344-RSM

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\64076384\1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 7th day of June, 2023.

        COZEN O'CONNOR

By  */s/ Leslie Yamashita*
      Leslie Yamashita, Legal Practice Assistant
      999 Third Avenue, Suite 1900
      Seattle, Washington  98104
      Telephone: 206.340.1000
      Toll Free Phone: 800.423.1950
      Facsimile: 206.621.8783
      Email:  lnyamashita@cozen.com

JOINT STIPULATED MOTION AND ORDER TO EXTEND TRIAL DATE AND RELATED DEADLINES - 5
CASE NO. 2:22-CV-01344-RSM

LEGAL\64076384\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000