The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HOTEL ROSLYN, LLC F/K/A ELLEN & NILS, LLC and SKOBO, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | Case No. 2:22-cv-01344-RSM<br><br>**PLAINTIFFS' DEPOSITION DESIGNATIONS AND OBJECTIONS** |

Pursuant to LCR 32(e), Plaintiffs' submit the following deposition designations and objections:

| Exhibit No. | Deponent | Date | Objections |
|---|---|---|---|
| 1 | John Aguirre | 06/13/2023 | X |
| 2 | Danielle Bricker | 06/13/2023 | X |
| 3 | Melinda Champluvier (Vol. I and II) | 07/24/2023; 12/06/2023 | X |
| 4 | Keoni Johnson (Vol. I and II) | 07/27/2023; 12/06/2023 | |
| 5 | Charles Delaporte | 08/14/2023 | |
| 6 | Mark Hopkins | 08/17/2023 | |
| 7 | Jasmine Myer | 01/03/2024 | |
| 8 | Brian Dougherty | 02/01/2024 | X |

PLAINTIFFS' DEPOSITION DESIGNATIONS AND OBJECTIONS - 1
(Case No. 2:22-cv-01344-RSM)

Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

1  DATED this 6th day of May, 2024.

2
                                  *s/Seth H. Row*

3  Seth H. Row, WSBA No. 32905
                                  STOEL RIVES LLP

4  760 SW Ninth Ave, Ste. 3000
                                  Portland, OR 97205

5  Tel: 503.224.3380
                                  Email: seth.row@stoel.com

6

7
                                  *s/Fabio Dworschak*

8  James T. Yand, WSBA No. 18730
                                  Fabio C. Dworschak, WSBA No. 59067

9  MILLER NASH LLP
                                  605 5th Ave S, Ste 900

10 Seattle, WA 98104

11 Tel: (206) 624-8300
                                  Email: james.yand@millernash.com

12                                                   fabio.dworschak@millernash.com

13 Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFFS' DEPOSITION DESIGNATIONS AND OBJECTIONS - 2
(Case No. 2:22-cv-01344-RSM)

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

# DECLARATION OF SERVICE

I, Jennifer Schnarr, hereby declare under penalty of perjury under the laws of the United States that on this 6th day of May, 2024, the foregoing document was filed using the CM/ECF system which will send notice of the same to all parties, at the addresses set forth below.

| | |
|---|---|
| Kevin A. Michael<br>John McDonald<br>Law Offices of Cozen O'Connor<br>999 Third Avenue, Suite 1900<br>Seattle, WA 98104<br>Email: kmichael@cozen.com<br>Email: jbmcdonald@cozen.com | ☐ via Hand Delivery<br>☐ via U.S. Mail<br>☐ via E-Service<br>☒ via Email |

Attorneys for Defendant

SIGNED at Burien, Washington this 6th day of May, 2024.

*s/Jennifer L. Schnarr*
Jennifer L. Schnarr, Legal Assistant
Jennifer.Schnarr@millernash.com

DECLARATION OF SERVICE
(Case No. 2:22-cv-01344-RSM)

Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599