THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HOTEL ROSLYN, LLC f/k/a ELLEN & NILS, LLC and SKOBO, LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AMGUARD INSURANCE COMPANY, a foreign insurance company,<br><br>　　　　Defendant. | No. 2:22-cv-01344-TMC<br><br>**DEFENDANT'S DEPOSITION DESIGNATIONS AND OBJECTIONS** |

Pursuant to LCR 32(e), Defendant AmGuard Insurance Company submits the following deposition designations and objections:

| Exhibit No. | Deponent | Date | Objections |
|---|---|---|---|
| 1 | Tom Hentschell | 1/3/2024 | |

DEFENDANT'S DEPOSITION DESIGNATIONS AND OBJECTIONS - 1
Case No.: 2:22-cv-01344-TMC

70429768\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

1  DATED this 6th day of May, 2024.

2         COZEN O'CONNOR

3         By: /s/ Kevin A. Michael

Kevin A. Michael, WSBA No. 36976
Jeremy T. Knight, WSBA No. 58607
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Email: kmichael@cozen.com
       jknight@cozen.com

*Attorneys for Defendant AmGuard Insurance Company*

DEFENDANT'S DEPOSITION DESIGNATIONS AND OBJECTIONS - 2
Case No.: 2:22-cv-01344-TMC

70429768\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 6th day of May, 2024.

        COZEN O'CONNOR

By:   */s/ Bonnie L. Buckner*
Bonnie L. Buckner, Legal Secretary
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: 206.340.1000
E-mail: bbuckner@cozen.com

DEFENDANT'S DEPOSITION DESIGNATIONS AND OBJECTIONS - 3
Case No.: 2:22-cv-01344-TMC

70429768\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000