UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HOTEL ROSLYN, LLC f/k/a ELLEN & NILS, LLC and SKOBO, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant. | Case No. 2:22-cv-01344-TMC<br><br>ORDER ON DEPOSITION DESIGNATIONS |

## I.   ORDER

Before the Court are the parties' deposition designations and objections. Dkt. 86, 91; *see* Local Civil Rule 32(e). Based on discussion at the pretrial conference, the Court understands that many of these witnesses will testify live, but the parties seek a ruling on their objections in the event a witness is unavailable. Having reviewed the transcripts and objections, the Court makes the following rulings on objections to Plaintiffs' designations for witnesses John Aguirre, Danielle Bricker, Melinda Champluvier, and Brian Dougherty. No objections were noted for Plaintiffs' designations for witnesses Keoni Johnson, Charles Delaporte, Mark Hopkins, and Jasmine Myer, or for Defendant's designation of Tom Hentschell.

ORDER ON DEPOSITION DESIGNATIONS - 1

A.  **Plaintiffs' Designations**

   1.  *Deposition of John Aguirre*

| Page and Line Numbers Objected To | Ruling on Objection |
|---|---|
| 18:6–19:20 | Overruled. This may be presented to the jury. |
| 20:3–28:3 | Overruled. This may be presented to the jury. |
| 28:18–29:18 | Overruled. This may be presented to the jury. |
| 32:25 | Sustained. This shall be excluded. |
| 41:25–42:6 | Sustained. This shall be excluded. |

   2.  *Deposition of Danielle Bricker*

| Page and Line Numbers Objected To | Ruling on Objection |
|---|---|
| 31:19–32:2 | Overruled. This may be presented to the jury. |
| 32:4–32:8 | Overruled. This may be presented to the jury. |
| 40:7–41:3 | Overruled. This may be presented to the jury. |
| 47:13–47:24 | Sustained. This shall be excluded. |
| 48:1–49:3 | Sustained. This shall be excluded. |

   3.  *Deposition of Melinda Champluvier*

| Page and Line Numbers Objected To | Ruling on Objection |
|---|---|
| 72:25–73:9 | Overruled. This may be presented to the jury. |
| 80:7–81:14 | Sustained. This shall be excluded. |
| 87:6–88:16 | Overruled. This may be presented to the jury. |
| 88:24–89:3 | Overruled. This may be presented to the jury. |

ORDER ON DEPOSITION DESIGNATIONS - 2

| | |
|---|---|
| 89:5 | Overruled. This may be presented to the jury. |
| 97:17–97:20 | Overruled. This may be presented to the jury. |
| 115:19–116:1 | Overruled. This may be presented to the jury. |
| 120:22–122:8 | Sustained. This shall be excluded. |

4. *Deposition of Brian Dougherty*

| Page and Line Numbers Objected To | Ruling on Objection |
|---|---|
| 12:9–14:10 | Sustained. This shall be excluded. |
| 16:12–20:20 | Sustained. This shall be excluded. |
| 23:22–24:1 | Sustained. This shall be excluded. |
| 27:8–31:9 | Sustained as to lines 27:8–28:12; overruled as to lines 28:13–31:9. |
| 39:8–40:13 | Overruled. This may be presented to the jury. |
| 43:3–46:3 | Overruled. This may be presented to the jury. |

Dated this 15th day of May, 2024.

Tiffany M. Cartwright
United States District Judge

ORDER ON DEPOSITION DESIGNATIONS - 3