The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HOTEL ROSLYN, LLC F/K/A ELLEN & NILS, LLC and SKOBO, LLC,<br>    *Plaintiffs*,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY, a foreign insurance company,<br>    *Defendant*. | Case No. 2:22-cv-01344-TMC<br><br>**DECLARATION OF JAMES T. YAND IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS** |

I, James T. Yand, hereby declare and state as follows:

1.    I am a partner with Miller Nash LLP and one of the attorneys who represents Hotel Roslyn, LLC f/k/a Ellen & Nils, LLC and Skobo, LLC (collectively "Plaintiffs") in this civil action. I am over eighteen years of age and competent to testify to the facts contained in this declaration in support of Plaintiffs' Motion for Attorney Fees and Costs.

2.    I graduated *cum laude* from Northwestern School of Law at Lewis and Clark in 1988 and have been in a member of the Washington State Bar Association since 1989. For the past thirty years, my practice generally involves complex commercial and construction litigation. I have been selected for inclusion as a Washington Super Lawyer, 2015-2022, Teaching Excellence Award from the University of Washington Continuum College, 2018, received the President's Award, King County Bar Association, 2014 and Rated AV® Preeminent™ by Martindale-Hubbell.® My full biography is available on the Miller Nash website and incorporated by this

DECLARATION OF JAMES T. YAND IN SUPPORT OF
MOTION FOR ATTORNEYS' FEES AND COSTS - 1

Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

1  reference. www.millernash.com/professionals/james-t-yand. My rate for this matter in 2022 was $565, in 2023 was $595, and in 2024 was $640 per hour, which I understand through my experience to be a reasonable rate in Washington, for a partner of commensurate experience and comparable with rates charged by lawyers of similar experience in other Tacoma and Seattle-area law firms. I served as one of the lead attorneys for Plaintiffs in this lawsuit as well as other lawsuits involving plaintiffs arising from this incident and have been significantly involved in the lawsuit from the start, as well as discovery issues in this case and preparing the case for trial. I also managed other attorneys and paralegals that have been involved in this lawsuit.

3.  Initially, Jodi Green worked as one of the coverage attorneys on this case starting in 2022. Ms. Green graduated *magna cum laude* from DePaul University of Law in 2010. Ms. Green has over 10 years of experience in insurance coverage. Her background encompasses a wide range of non-litigated and litigated business matters. Her rate for this matter in 2022 was $475 per hour, which I understand through my experience to be a reasonable rate in Washington, for a special counsel of commensurate experience and comparable with rates charged by lawyers of similar experience in other Tacoma and Seattle-area law firms. During the course of the lawsuit, Ms. Green moved to another law firm.

4.  Heather Magga was a paralegal who worked on this case starting in 2024 after Seth Row moved law firms. Ms. Magga is an experienced litigation paralegal employed with Stoel Rives LLP. Her rate is $365 per hour. She obtained her paralegal certificate in 2005 and since that time has supported litigators in a variety of litigation practice areas including employment and insurance coverage. Her rate is appropriate in light of the highly competitive market for experienced litigation paralegals. Her work in this case involved assisting Mr. Row with depositions (including organizing and summarizing documents, working with the remote deposition provider) and organizing documents for Mr. Row's use at trial. Using a Stoel Rives paralegal was necessary due to her proximity to Mr. Row and security limitations on file-sharing, and the time spent on these tasks was appropriate.

DECLARATION OF JAMES T. YAND IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES - 2

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

5.     Amy Jones was a paralegal that worked on this case starting in 2023. Ms. Jones has over 13 years of experience as a paralegal assisting in all aspects of litigation. Ms. Jones's rate for this matter in 2023 was $270 per hour, which I understand through my experience to be a reasonable rate in Oregon and Washington, for a paralegal of commensurate experience and comparable with rates charged by paralegals of similar experience in other Tacoma and Seattle area law firms.

6.     Universo Norman is a department assistant that worked on this case in 2024 when the case started moving towards trial. Mr. Norman has over two years of experience as a department assistant in litigation. Mr. Norman's rate for this matter in 2023 was $200 per hour, which I understand through my experience to be a reasonable rate in Oregon and Washington, for a department assistant of commensurate experience and comparable with rates charged by department assistants of similar experience in other Tacoma and Seattle area law firms.

7.     Joseph Spring works at Miller Nash as an eDiscovery Coordinator. He has 5 years of experience running productions and managing databases. Mr. Spring has been in charge of producing Hotel Roslyn's documents, as well as processing other party's productions in this case. His billing rate is $190 per hour which I understand through my experience to be a reasonable rate in Oregon and Washington, for a technician of commensurate experience and comparable with rates charged by technicians of similar experience in other Tacoma and Seattle area law firms.

8.     Skyler Helsley works at Miller Nash as an eDiscovery Analyst. Mr. Helsley has 5 years of experience working with electronic document storage, document processing, and assisting with aspects of litigation. Mr. Helsley manages the firm's electronic document database for this matter. Mr. Helsley's rate in 2024 was $170 per hour which I understand through my experience to be a reasonable rate in Oregon and Washington, for a technician of commensurate experience and comparable with rates charged by technicians of similar experience in other Tacoma and Seattle area law firms.

9.     Miller Nash LLP's billing rates are adjusted each year, based on a review of billing

DECLARATION OF JAMES T. YAND IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES - 3

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA  98104
206.624.8300 | Fax: 206.340.9599

1  rates used by other firms in the Pacific Northwest. The firm's goal has always been to set billing rates that are competitive, and which are often substantially lower, on average, than rates used by firms in Oregon and Washington that are in direct competition with Miller Nash LLP.

10. The attorney fees and costs begin in March 2022 because that is when Plaintiffs retained Miller Nash to investigate, among other things, possible claims against AmGuard. Plaintiffs also had to explore possible legal action against the former owners of the Hotel as well as the contractor that built the hotel. If the loss had been paid initially by AmGuard, it would have avoided the need for secondary claims and lawsuits. Nevertheless, the fees requested in this motion are only those related to the pursuing claims against AmGuard.

11. During the course of this case, Miller Nash has provided Plaintiffs with discounted rates and periodic discounts. As of June 10, the discounted rates have amounted to an overall discount of attorneys' fees totaling $27,659. Moreover, as of June 10, Miller Nash has provided Plaintiffs with additional period discounts totaling $22,207.50.

12. Attached as **Exhibit A** is a true and correct copy of the attorneys' fees between February 2022 and August 2022. Exhibit A shows 67.5 hours of legal work, which totals $35,392.5 in attorneys' fees. Exhibit A is the original matter opened for Plaintiffs' case against AmGuard. The original matter is still open, but it now contains fees for Plaintiffs' case against the builders of the Hotel. Plaintiffs' attorneys have reviewed Exhibit A to exclude time not directly related to the litigation against AmGuard.

13. Attached as **Exhibit B** is a true and correct copy of the attorney fees between August 2022 and June 2024. Exhibit B shows 1,514.6 hours of legal work, which totals $690.152.50 in attorneys' fees Once litigation became inevitable, a new matter was opened for the litigation fees, which is contained in Exhibit B. Due to the timing of the filing of the complaint in August 2022, there is some crossover between the two matters.

14. Attached as **Exhibit C** is a true and correct copy of the attorneys' fees from Stoel Rives after Mr. Row moved from Miller Nash to Stoel Rives in 2023. Exhibit C shows 292.4 hours

DECLARATION OF JAMES T. YAND IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES - 4

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

1  of legal work, which totals $161,253.50 in attorneys' fees

2  15.  The attorneys' fees requested are *less than* the full amount Plaintiffs actually paid in this case, as the requested fees exclude worked billed to the client but performed by attorneys, summer associates, and legal assistants with only nominal involvement in this case (amounting to $5,057).

16.  The Declaration of Seth Row in Support of the Motion for Attorneys' Fees and Costs is incorporated by reference into this declaration.

17.  I have reviewed all the time requested in the motion for attorneys and attest that the work performed was both reasonable and necessary for prosecuting the claims against AmGuard.

I declare under penalty of perjury under the laws of the United States and the state of Washington, that the foregoing is true and correct to the best of my knowledge.

EXECUTED in Seattle, Washington on the 18th day of June, 2024.

                                  *s/James T. Yand*
                               James T. Yand, WSBA No. 18730

DECLARATION OF JAMES T. YAND IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES - 5

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA  98104
206.624.8300 | Fax: 206.340.9599