The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOTEL ROSLYN, LLC F/K/A ELLEN & NILS, LLC and SKOBO, LLC,<br>*Plaintiffs*,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY, a foreign insurance company,<br>*Defendant*. | Case No. 2:22-cv-01344-TMC<br><br>**ORDER GRANTING THE STIPULATED MOTION FOR PREJUDGMENT INTEREST** |

THIS MATTER came before the Court on Plaintiffs Hotel Roslyn, LLC f/k/a Ellen & Nils, LLC and Skobo, LLC's Stipulated Motion for Prejudgment Interest (the "Motion"). The Court has reviewed the current Motion and all responsive materials, and the other files and records on this matter, and is fully advised on the matter.

Now, therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Motion is GRANTED;

2. Plaintiffs' is awarded prejudgment interest in the amount of $62,465.58; and

3. The Civil Judgment (Dkt. # 129) is revised to award Plaintiffs' interest in the amount of $62,465.58.

//

//

//

//

ORDER GRANTING THE STIPULATED MOTION FOR
PREJUDGMENT INTEREST - 1

Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

IT IS SO ORDERED.

ORDERED this 26th day of June, 2024.

_____
Tiffany M. Cartwright
United States District Judge

Presented by:

s/Fabio Dworschak
James T. Yand, WSBA No. 18730
Fabio C. Dworschak, WSBA No. 59067
MILLER NASH LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
Tel: (206) 624-8300
Email: james.yand@millernash.com
       fabio.dworschak@millernash.com
Attorneys for Plaintiffs

ORDER GRANTING THE STIPULATED MOTION
FOR PREJUDGMENT INTEREST - 2

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599